UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:11-cr-489-T-30MAP

MATTHEW MANUEL GARCIA

**PRELIMINARY ORDER OF FORFEITURE**

Before the Court is the United States' Motion for a Preliminary Order of Forfeiture (Doc. 24), which, at sentencing, will be a final order of forfeiture as to defendant Matthew Manuel Garcia's right, title, and interest in the following firearms and ammunition:

(a) One Colt AR-15 .223 caliber rifle, serial number LGC032506;

(b) One Glock 17 9mm pistol, serial number KEN220;

(c) One SIG Sauer P229 9mm pistol, serial number A127215;

(d) One Heckler & Koch .357 caliber pistol, serial number 111-001778;

(e) One Browning Centennial 9mm pistol, serial number 1878D-2761;

(f) One Glock 19 9mm pistol, serial number NPG811;

(g) approximately 36 rounds of .357 caliber ammunition;

(h) Approximately 622 rounds of .223 caliber ammunition, including body armor piercing rounds; and

(i) Approximately 814 rounds of 9mm ammunition to include hollow point rounds.

Being fully advised in the premises, the Court finds as follows:

WHEREAS, the defendant has been convicted of being an illegal alien in possession of the above-referenced firearms and ammunition, in violation of 18 U.S.C. §§ 922(g)(5)(A) and 924(a)(2), as charged in Count One of the Indictment; and

WHEREAS, the United States has established the requisite *nexus* between the defendant's crime of conviction and the property identified above, the government is now entitled to possession of these assets, pursuant to the provisions of 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c) and Federal Rule of Criminal Procedure 32.2(b)(2). Accordingly, it is hereby

ORDERED and ADJUDGED that:

1. The Motion of the United States (Doc. 24) is hereby GRANTED.

2. Pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2(b)(2), all right, title, and interest of defendant Matthew Manuel Garcia in the assets identified above are FORFEITED to the United States of America for disposition according to law, subject to the provisions of 21 U.S.C. § 853, as incorporated by 28 U.S.C. § 2461(c).

3. The Court retains jurisdiction to enter any order necessary for the forfeiture and disposition of these assets, and to address any third party interests that may be asserted in an ancillary proceeding.

**DONE** and **ORDERED** in Tampa, Florida on April 30, 2012.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

F:\Docs\2011\11-cr-489.forfeit 24.wpd