UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:11-cr-489-T-30MAP

MATTHEW MANUEL GARCIA

## FINAL JUDGMENT OF FORFEITURE

THIS CAUSE comes before the Court upon the filing of the Motion by the United States for a Final Judgment of Forfeiture (Doc. 31), pursuant to 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), for the following firearms and ammunition:

(a) One Colt AR-15 .223 caliber rifle, serial number LGC032506;

(b) One Glock 17 9mm pistol, serial number KEN220;

(c) One SIG Sauer P229 9mm pistol, serial number A127215;

(d) One Heckler & Koch .357 caliber pistol, serial number 111-001778;

(e) One Browning Centennial 9mm pistol, serial number 1878D-2761;

(f) One Glock 19 9mm pistol, serial number NPG811;

(g) Approximately 36 rounds of .357 caliber ammunition;

(h) Approximately 622 rounds of .22 caliber ammunition, including body armor piercing rounds; and

(i) Approximately 814 rounds of 9mm ammunition to include hollow point rounds.

Being fully advised in the premises, the Court finds that on April 30, 2012, a Preliminary Order of Forfeiture was entered, forfeiting to the United States all right, title, and interest of defendant Garcia in the firearms and ammunition. Doc. 25.

The Court further finds that the forfeiture of the firearms and ammunition was included in the Judgment in a Criminal Case. Docs. 27 and 28.

The Court further finds that in accordance with 21 U.S.C. § 853(n)[1] and Rule 32.2(b)(6)(C), the United States published notice of the forfeiture and of its intent to dispose of the firearms and ammunition on the official government website, www.forfeiture.gov, from May 2, 2012 through May 31, 2012. Doc. 29. The publication gave notice to all third parties with a legal interest in the firearms and ammunition to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within sixty (60) days of the first date of publication.

The Court further finds that no person or entity, other than defendant Garcia, whose interest was forfeited to the United States in the Preliminary Order of Forfeiture, is known to have an interest in the firearms and ammunition. No third

---

[1] As provided in 28 U.S.C. § 2461(c), the procedures set forth in 21 U.S.C. § 853 govern this forfeiture.

party has filed a petition or claimed an interest in the firearms and ammunition, and the time for filing a petition has expired. Accordingly, it is hereby

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion (Doc. 31) is GRANTED.

It is FURTHER ORDERED that pursuant to the provisions of 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), all right, title and interest in the firearms and ammunition is CONDEMNED and FORFEITED to the United States for disposition according to law.

Clear title to the firearms and ammunition is now vested in the United States of America.

**DONE** and **ORDERED** in Tampa, Florida on July 17, 2012.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

F:\Docs\2011\11-cr-489.forfeit fj 31.wpd